# ELECTRONIC RECORD

**742-15**

COA #  02-14-00289-CR      OFFENSE:   0.06

STYLE:   The State of Texas v. Scott Ellery Crawford Jr.      COUNTY:   Tarrant

COA DISPOSITION:      REVREM      TRIAL COURT:   County Criminal Court No. 4

DATE: 05/21/15      Publish: YES    TC CASE #:    1344184

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   The State of Texas v. Scott Ellery Crawford Jr.

__*APPELLANT'S*__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _09/16/2015_

JUDGE: _per curiam_

CCA #:     **742-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**